IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02445-CMA-MJW

GREAT AMERICAN ASSURANCE COMPANY,
an Ohio corporation,

Plaintiff and Counterclaim Defendant,

v.

TRIMONT REAL ESTATE ADVISORS, INC.,
a Georgia corporation,

Defendant and Counterclaimant.

---

## ORDER VACATING SCHEDULING CONFERENCE (Docket No. 14)

---

THE COURT, having reviewed Defendant's Unopposed Motion to Vacate Scheduling Conference, hereby Grants said motion. The Court ORDERS that the Scheduling Conference set in this matter for January 26, 2011 at 8:30 a.m. is hereby vacated; and

FURTHER ORDERS that the parties shall submit a status report on Monday, March 14, 2011, or upon the Bankruptcy Court's approval of a settlement in this matter, whichever occurs earlier.

SO ORDERED this 20th day of January 2011.

BY THE COURT:

_Michael J. Watanabe_
Michael J. Watanabe
United States Magistrate Judge