**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02445-CMA-

GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

TRIMONT REAL ESTATE ADVISORS, INC., a Georgia corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 19) signed by the attorneys for the parties hereto, it is hereby

    ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to pay its own respective fees and costs.

    DATED this __28th__ day of June, 2011.

                                                BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Court Judge